| | |
|---|---|
| HERZLICH & BLUM, LLP<br>Attorneys-At-Law<br>ENCINO GATEWAY BUILDING<br>15760 VENTURA BOULEVARD, SUITE 2024<br>ENCINO, CALIFORNIA 91436-3095<br>Telephone (818) 783-8991<br>Facsimile  (818) 783-6682<br>Allan Herzlich   State Bar #100920<br>Jerome J. Blum   State Bar #100317 | **FILED & ENTERED**<br><br>JUL 20 2012<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gasparia  DEPUTY CLERK** |

**Attorneys for Creditor**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>FLORENCE JACQUELYN TOMASI;<br>WILLIAM STEPHEN TOMASI<br><br>                Debtors.<br><br>THE SAVANNAH N. DENOCE TRUST<br><br>                Plaintiff,<br>   vs.<br><br>WILLIAM STEPHEN TOMASI, aka WILLIAM S. TOMASI; WILLIAM S. TOMASI ESQ; LAW OFFICES OF WILLIAM S. TOMASI; FLORENCE JACQUELYN TOMASI aka JACQUI GRASSO TOMASI; and DOES 1 - 1000,<br><br>                Defendants. | BK CASE NO. 1:10-bk-16174-MT<br><br>ADV. NO.  10-AP-1446-MT<br>Ch. 7<br><br>ORDER GRANTING SUMMARY ADJUDICATION |

    The Court having considered Plaintiff THE SAVANNAH N. DENOCE TRUST's Motion for Summary Adjudication, hereby finds that good cause exists to grant Plaintiff's Motion, in part. Therefore,

ORDER

1

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff THE SAVANNAH N. DENOCE TRUST's Motion for Summary Adjudication against Debtor WILLIAM STEPHEN TOMASI on Plaintiff's §523(a)(4) claim is granted for the reasons set forth in the Court's Memorandum on Plaintiff's Motion for Summary Judgment, entered on July 10, 2012 as docket no. 54.

2. Plaintiff THE SAVANNAH N. DENOCE TRUST's Motion for Summary Adjudication against Debtor WILLIAM STEPHEN TOMASI on Plaintiff's §523(a)(2) claim is denied.

3. That the debt owing from WILLIAM STEPHEN TOMASI to The Savannah N. DeNoce Trust as embodied in LASC Case No BC392034 is determined exempted from discharge and from injunction with respect to the community property interests of WILLIAM STEPHEN TOMASI and his spouse, Debtor FLORENCE JACQUELYN TOMASSI, in accordance with the provisions of 11 USC § 523(a)(4) and/or § 524(b).

4. Plaintiff's damages, as awarded in Los Angeles County Superior Court Case No. BC392034 are determined to constitute a debt that is not dischargeable in bankruptcy.

###

DATED: July 20, 2012

_Maureen A. Tighe_
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 15760 Ventura Blvd., Suite 2024, Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*): ORDER GRANTING SUMMARY ADJUDICATION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/16/12, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David R Hagen (TR)    drh@forbankruptcy.com, dhagen@ecf.epiqsystems.com
Creighton A Stephens    casesq@verizon.net
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL**:
On (*date*) July 16, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 16, 2012 | RENA HILL | /s/ RENA HILL |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

ORDER
3

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): SCHEDULING ORDER was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of July 16, 2012, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

David R Hagen (TR)    drh@forbankruptcy.com, dhagen@ecf.epiqsystems.com
Creighton A Stephens    casesq@verizon.net
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II.    SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Hon. Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367

☐ Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

ORDER